UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

_____

SEAN WRIGHT,                           :
        Plaintiff,              :
                                :
      v.                         :   No. 2:23-cv-5099
                                :
UNIT MANAGER FEDDER, *et al.*,         :
        Defendants.             :
_____

## O R D E R

**AND NOW**, this 3rd day of October, 2025, upon consideration of Defendants' Motion for Partial Summary Judgment, *see* ECF No. 73; and Plaintiff's Motion for Jury Trial Demand, *see* ECF No. 81; **IT IS HEREBY ORDERED THAT:**

1. Defendants' Motion for Partial Summary Judgment, ECF No. 73, is **GRANTED.** Judgment is entered in favor of Defendants on Wright's failure to protect claim, only.[1]

2. Defendants Patrick Fedder, Thomas Fondi, and Wayne Styles are **TERMINATED**.

3. Plaintiff's Motion for Jury Trial, ECF No. 81, is **GRANTED.**

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge

---

[1] Wright's excessive force claim against Defendant Robert Kalb continues.