UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

_____

SEAN WRIGHT,                           :
            Plaintiff,          :
                              :
          v.                          :          Civil No. 2:23-cv-5099
                              :
COL. R. KALB,                          :
            Defendant.         :

_____

**O R D E R**

**AND NOW**, this 3rd day of June, 2026, upon consideration of the Court's Order, dated February 3, 2026, which dismissed this action with prejudice upon being informed that "the parties have settled the above-captioned action," *see* ECF No. 100; Plaintiff Sean Wright's "Motion to Presume to Trial" (hereinafter "Motion for Trial"), dated February 4, 2026, and docketed February 11, 2026, which states that "after reviewing the Release and Settlement Agreement by the Defendant[,] the plaintiff has determined to go to trial," *see* ECF No. 101; Defendant Kalb's Response thereto, docketed on April 6, 2026, *see* ECF No. 109; Defendant Kalb's Motion to Enforce Settlement, docketed April 6, 2026, *see* ECF No. 110; upon consideration of the arguments and evidence presented during the in-court hearing held on June 2, 2026;[1] and for the reasons discussed in the Opinion issued this date; **IT IS HEREBY ORDERED THAT:**

    1.  Plaintiff Wright's Motion for Trial, ECF No. 101, is **DENIED**.[2]

---

[1]    Present at the hearing held on June 2, 2026, were Plaintiff Sean Wright, *pro se*, and Attorney Kevin Bradford of the Pennsylvania Office of the Attorney General, on behalf of Defendant Robert Kalb.

[2]    This Court finds that the settlement between the parties is enforceable, and the matter remains closed. Accordingly, there are no triable issues remaining.

1

2

2. Defendant Kalb's Motion to Enforce Settlement, ECF No. 110, is **GRANTED**.

3. The case is **CLOSED**.

BY THE COURT:

/s/ Joseph F. Leeson, Jr.
JOSEPH F. LEESON, JR.
United States District Judge